## Third Department, October, 1937.
### (October 27, 1937.)

In the Matter of the Application of WILLIAM L. GRAUL, Petitioner, Respondent, for a Peremptory Mandamus Order against HENRY A. SHAEFFER and WILLARD C. BARKER, Members of the Board of Elections of the County of Saratoga, and CHARLES LYNCH, Commissioner of Accounts of the City of Saratoga Springs. HAROLD F. SMITH, Appellant.

The board of elections of Saratoga county assigned positions on the voting machine ballot to candidates for the office of commissioner of public works of the city of Saratoga Springs. The Special Term of the Supreme Court by an order changed the positions. An appeal has been taken from that order. Order reversed, on the law and the facts, and the determination of the board of elections reinstated.. Hill, P. J., Rhodes, McNamee and Crapser, JJ., concur; Bliss, J., dissents.

## Third Department, September, 1938.
### (September 21, 1938.)

In the Matter of the Claim of MARY DUBELL, Appellant, against LAWYERS TITLE AND GUARANTEE CORPORATION and ÆTNA LIFE INSURANCE COMPANY, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion to dismiss appeal adjourned to the first day of the Compensation Term commencing October 31, 1938. The court directs the former attorney for the appellant and the attorney for the respondents to cause written notice of the court's disposition of the motion to be served personally on the appellant. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Application of GERTRUDE EPSTEIN, Petitioner, Appellant, for an Order against the BOARD OF EXAMINERS OF THE BOARD OF EDUCATION OF THE CITY OF NEW YORK and Others, Respondents.— Motion by the Teachers Union of the City of New York to appear as amicus curiæ and file brief granted. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK MARTINO, Appellant.— Motion for permission to prosecute appeal on typewritten record and brief granted. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of MICHAEL MAYO, Respondent, against SPECIAL MACHINE TOOL ENGINEERING WORKS, INC., and AMERICAN MUTUAL LIABILITY INSURANCE COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion by appellants for permission to include in the record on appeal the comparative X-rays of the right and left hands of the claimant denied, with ten dollars costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of MARTHA DRUCKER MESSAROS, Appellant, against NEW YORK TELEPHONE COMPANY, Respondent. STATE INDUSTRIAL BOARD, Respondent.— Motion for permission to prosecute appeal on typewritten record and brief granted. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.